UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:16-cv-0542 JAM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a Second Amended Complaint (SAC) in this civil rights action. See ECF No. 21. By order filed July 12, 2018, the court deferred screening the SAC pursuant to 28 U.S.C. § 1915A until plaintiff submitted his referenced exhibits. See ECF No. 26. On August 8, 2018, plaintiff submitted his exhibits (totaling 848 pages), and informed the court that these are his originals as he had been unable to make copies. See ECF No. 29. Plaintiff requests that this court return the "sole copy" of his exhibits "in case I need to further litigate or appeal." Id. at 1.

Plaintiff's exhibits are now available online through the court's Case Management/ Electronic Case Files (CM/ECF) system. The court will direct the Clerk of Court to appropriately designate the exhibits and to electronically file the combined pleading as the "Operative Second Amended Complaint and Exhibits." See ECF No. 26 at 3. Additionally, the court will direct the Clerk to return the original exhibits to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall designate the exhibits submitted by plaintiff on August 8, 2018 (ECF No. 29), as exhibits in support of plaintiff's Second Amended Complaint (ECF No. 21), and shall electronically file the combined pleading as a new docket entry entitled "Operative Second Amended Complaint and Exhibits."

2. The Clerk of Court shall return to plaintiff the original copy of his exhibits submitted August 8, 2018 (ECF No. 29), and indicate the return on the docket.

IT IS SO ORDERED.

DATED: August 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE