UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS, | No. 2:16-cv-0542 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendant. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 9, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

     Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 9, 2020, are adopted in full.

2. Plaintiff's motion for preliminary injunctive relief, ECF No. 47, is DENIED.

3. Defendants Scott Kernan, Dave Davey, Dr. Jeanne Windsor, Dr. Salahuddin Abdur-Rahman, Dr. Randall Lankford, Dr. B. Lee, Registered Nurse D. Mendivil, Dr. Olga Beregovsky, Dr. Ravijot Gill, Dr. Conall McCabe, Dr. David Smith, Dr. Edgar Clark, Dr. Jonathan Akanno, Dr. Amr Ramadan, Physician Assistant Stephen Hitchman, Dr. Anthony Enenmoh, Charles Young, Celia Bell, Janet Lewis and S. Gates are dismissed from this action.

4. This case proceeds on plaintiff's Third Amended Complaint against defendant CDCR Secretary Ralph Diaz (in his official capacity only) and against defendants Martha Mays (a Nurse Practitioner) and Dr. Khoung Phui on plaintiff's medical deliberate indifference claims.

5. Plaintiff's motion requesting the screening of his Third Amended Complaint and a decision on his motion for preliminary injunctive relief, ECF No. 49, is denied as moot.

6. Plaintiff's motion for leave to proceed on a further amended complaint or supplemental pleading, ECF No. 63, is DENIED.

DATED: June 22, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE