UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0542 JAM AC P<br><br><br>ORDER |

Plaintiff's request that this court direct the United States Marshal to serve process on defendant Mays (aka Mayes), see ECF No. 70, is DENIED as moot. The United States Marshal was directed to serve process on this defendant by order filed May 13, 2020. See ECF No. 61.

　　IT IS SO ORDERED.

DATED: June 29, 2020

　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE