1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MATTHEW DENNIS,                           No.  2:16-cv-0542 JAM AC P

12                  Plaintiff,

13          v.                                   ORDER

14    SCOTT KERNAN, et al.,

15                  Defendants.

16

17          This case is currently stayed pending resolution of plaintiff's interlocutory appeal.  ECF

18    No. 87.  On January 28, 2021, the Ninth Circuit affirmed the order denying plaintiff's motion for

19    preliminary injunctive relief, ECF No. 96, and plaintiff subsequently filed a motion for a Rule 16

20    pretrial conference, ECF No. 97, which was denied, ECF No. 98.  The court then ordered

21    defendants to advise whether they were still seeking to opt out of the Post-Screening Alternative

22    Dispute Resolution (ADR) Project.  Id.  In response to that order, defendants have filed a renewed

23    request to opt out of the Post-Screening ADR Project and request that the case remain stayed

24    because the appeal is not finally resolved because plaintiff filed a petition for rehearing of his

25    appeal that has not yet been addressed by the Ninth Circuit.  ECF No. 99.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 99, is

28    GRANTED.

1

2.  This case remains stayed pending final resolution of plaintiff's interlocutory appeal.

DATED: April 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE