UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW DENNIS,

    Plaintiff,

    v.

SCOTT KERNAN, et al.,

    Defendants.

No. 2:16-cv-0542 JAM AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to amend the complaint. ECF No. 101.

    The motion to amend requests to amend the complaint by adding additional exhibits regarding plaintiff's claims against defendant Phui. ECF Nos. 101, 102. The motion further expresses plaintiff's intent to continue filing exhibits with the court as they are received "for evidence and purposes of trial." ECF No. 101 at 1-2. This case is proceeding on plaintiff's third amended complaint, which has already been screened and found to state claims for relief against defendant Phui, ECF No. 51, making any additional attachments unnecessary.[1] The motion will therefore be denied and the exhibits disregarded. Plaintiff should not file any further motions to amend while this case is stayed.

---

[1] Plaintiff is further advised that he should not file exhibits with the court unless they are attached to and being used in support of or in opposition to a pending motion.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend, ECF No. 101, is DENIED and the exhibits submitted by plaintiff, ECF No. 102, shall be DISREGARDED.

DATED: April 23, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE