# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS, | No. 2:16-cv-0542 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed two requests for clarification regarding the proper way to refer to documents that have already been filed with the court. ECF Nos. 107, 108. Plaintiff is advised that the example he provides in his second request, which identifies the document by its ECF No. and page numbers, is an acceptable way to cite to documents on the record. Plaintiff is further advised that the court does not have the resources to regularly respond to requests related to formatting and procedure, and should he file any similar requests they will likely be disregarded. The court is aware of plaintiff's status as a pro se prisoner and will consider it as appropriate when reviewing plaintiff's filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for clarification, ECF Nos. 107, 108, are GRANTED to the extent set forth above.

DATED: May 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE