UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0542 JAM AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for a conference call in order to clarify the status of this case. ECF No. 142. It appears plaintiff submitted the motion prior to his receipt of the November 29, 2021 order and findings and recommendations which addressed the matters plaintiff seeks to discuss.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a conference call, ECF No. 142, is DENIED.

DATED: December 8, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE