UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendant. | No. 2:16-cv-0542 JAM AC P<br><br><br>ORDER |

　　　Plaintiff has filed objections to the Magistrate Judge's order filed April 15, 2022. ECF No. 205. Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Plaintiff's objections do not establish that the order was clearly erroneous or contrary to law.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's objections are overruled and the April 15, 2022 Order is affirmed.

Dated:  May 11, 2022　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE