ROB BONTA, State Bar No. 202668
Attorney General of California
PAMELA J. HOLMES, State Bar No. 147360
Supervising Deputy Attorney General
NORMAN D. MORRISON, State Bar No. 212090
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone: (559) 705-2304
 Fax: (559) 445-5106
 E-mail:  Norman.Morrison@doj.ca.gov
*Attorneys for Defendants Ralph Diaz, Martha Mays, FNP-C, and Khoung Phui, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RALPH DIAZ, in his official capacity; MARTHA MAYS; and KHOUNG PHUI,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-0542 JAM AC P<br><br>[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Judge:　　The Honorable John A. Mendez<br>Action Filed:　March 14, 2016 |

　　　Good cause having been shown by Defendants, this Court GRANTS Defendants' request for an extension of time to file an opposition to Plaintiff's Motion for Summary Judgment (ECF No. 215).

　　　Defendants' Opposition shall be due no later than thirty days after service of this order.

　　　IT IS SO ORDERED.

DATED: July 12, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1