UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. DENNIS, | No. 2:16-cv-0542 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 11, 2023, the parties were notified that this case was to be set for a settlement conference. The court has made multiple attempts to contact plaintiff to schedule a settlement conference using the telephone number and email address provided on his most recent notice of change of address (ECF No. 243). However, plaintiff has not responded to any of the messages. Plaintiff shall be required to show cause why he should not be sanctioned for failing to respond to the court's attempts to schedule a settlement conference and to contact the undersigned's courtroom deputy to complete scheduling. Failure to comply with this order will result in sanctions up to a recommendation that this case be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the service of this order, plaintiff shall show cause in writing

1

why he should not be sanctioned for failing to respond to the court's attempts to schedule a settlement conference.

2. Within fourteen days of the service of this order, plaintiff shall contact to Jonathan Anderson, Courtroom Deputy, by email at janderson@caed.uscourts.gov or by phone at (916) 930-4199, to schedule a settlement conference in this case.

3. Failure to comply with either part of this order may result in sanctions, up to a recommendation that this case be dismissed for failure to prosecute and failure to comply with a court order.

DATED: October 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE