UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. DENNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00542-DAD-AC (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 256 |

Defendant moves for an extension of time to complete and execute the settlement agreements reached by the parties on December 21, 2023. ECF No. 256. Good cause appearing, it is hereby ORDERED that:

1. Defendant's motion for an extension of time, ECF No. 256, is granted.

2. Defendant shall complete and execute the settlement agreements within thirty days.

IT IS SO ORDERED.

Dated:   February 12, 2024  

_____

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE