ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA 93721-2271
  Telephone: (559) 705-2304
  Fax: (559) 445-5106
  E-mail: Norman.Morrison@doj.ca.gov
*Attorneys for Defendant Martha Mays, FNP*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MATTHEW DENNIS,**<br><br>Plaintiff,<br><br>v.<br><br>**RALPH DIAZ, in his official capacity; MARTHA MAYS; and KHOUNG PHUI,**<br><br>Defendants. | Case No. 2:16-cv-0542 DAD AC P<br><br>**JOINT STIPULATION FOR COURT APPROVAL OF PLAINTIFF'S ATTORNEYS FEES;** ~~PROPOSED~~ **ORDER**<br><br>Judge:        Honorable Dale A. Drozd<br>Trial Date:   Not Set<br>Action Filed: 3/14/2016 |

Pursuant to California Penal Code section 2085.8, Plaintiff Matthew Dennis and Defendant Martha Mays, FNP, by and through their respective counsel, stipulate to seek the Court's approval of Plaintiff's attorney fees, on the following grounds:

1. At the settlement conference held on December 21, 2023, the parties reached a global settlement in the instant case as well as *Dennis v. Doser, et al.*, E.D. Cal. Case No. 1:22-cv-00818. The material terms of the settlement agreement were placed on the record before the Honorable Jeremy D. Peterson, Magistrate Judge. However, the specific attorney fees requested to be paid out of the settlement amount were not placed on the record at the close of the conference.

///

1

Joint Stip. For Court Approval of Pl.'s Attorney's Fees; Proposed Order  (2:16-cv-00542 DAD AC)

2. In compliance with Penal Code section 2085.8, subdivision (a), court approval of Plaintiff's attorney fees is necessary prior to completing the settlement, as the statute requires a reasonableness review by the Court in cases involving prisoners.

3. Plaintiff's counsel's requested attorney fees for the settlement of *Dennis v. Mays*, E.D. Cal. Case No. 2:16-cv-00542 JAM AC is $625.00. The total settlement amount for this case is $2,500.00.

4. Coordination of the settlement documents between the parties took additional time due to several factors, such as meeting-and-conferring with Plaintiff's counsel regarding the exact amount of fees for each case, discussing and revisiting the language to be used in the settlement agreement to determine whether or not Plaintiff's outstanding restitution balance would take payment priority over counsel's fees which would have impacted the settlement terms. Once the settlement language was drafted, it was further scrutinized and revised in light of these discussions. When the settlement language approached finalization, it required review and approval from the California Department of Corrections and Rehabilitation (CDCR) before finalizing the settlement agreement terms.

5. Plaintiff also understands that pursuant to Penal Code section 2085.8, any amounts owed by a prisoner under restitution, fine, or other court orders, including administrative fees, must be collected by the California Department of Corrections and Rehabilitation (CDCR).

6. Therefore, the Court's approval of Plaintiff's attorney fees is necessary before the settlement can be finalized.

7. The parties request that the Court review the reasonableness of the proposed attorney fee award in accordance with Penal Code section 2085.8, subdivision (a).

///

///

///

2

Joint Stip. For Court Approval of Pl.'s Attorney's Fees; Proposed Order  (2:16-cv-00542 JAM AC)

8. Once the Court has reviewed and approved the attorney fee award, the final executed settlement agreement will be forwarded to CDCR for further processing pursuant to the material terms of the settlement reached on December 23, 2023.

IT IS SO STIPULATED.

Dated:   December 23, 2024

NORMAN D. MORRISON IV
Supervising Deputy Attorney General
*Attorneys for Defendant Martha Mays, FNP*

Dated: November 1, 2024

TAYLOR HOWARD
*Attorney for Plaintiff*

## ~~(PROPOSED)~~ ORDER

Good cause appearing, the Court approves the payment of $625.00 to Plaintiff's counsel for reasonable attorneys' fees incurred in the above matter.

Date:   January 7, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

Joint Stip. For Court Approval of Pl.'s Attorney's Fees; Proposed Order  (2:16-cv-00542 JAM AC)