UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. DENNIS,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>  Defendants. | No.  2:16-cv-0542 DAD AC P<br><br><br><br>ORDER |

The parties in this case reached a settlement agreement on December 21, 2023, and dispositional documents were to be filed within forty-five days.  ECF No. 255.  Since that time, the parties have filed one motion to extend the time to dispositional documents (ECF No. 256), and there have been two status conferences regarding the settlement (ECF Nos. 260, 262).  On December 23, 2024, the parties filed a joint stipulation for court approval of plaintiff's attorneys' fees, and represented that once the fees were approved, "the final executed settlement agreement will be forwarded to CDCR for further processing pursuant to the material terms of the settlement reached on December 23, 2023."  ECF No. 265.  The court approved the requested fees on January 8, 2025 (ECF No. 266), yet dispositional have still not been filed.  Assuming the parties were waiting for payment to be completed before filing their dispositional documents, it has now been more than 180 days since the court approved plaintiff's attorney's fees.

////

1

1     Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional

2 documents within fourteen days of the filing of this order.

3 DATED: July 31, 2025

                                                          ALLISON CLAIRE
                                                          UNITED STATES MAGISTRATE JUDGE